UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT WILSON,
    Plaintiff,

v.                                                             C.A. No. 11-117 S

UNITED STATES OF AMERICA and
JOHN DOE,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 1st, 2011 (ECF #19), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the Defendant United States' Motion to Transfer Venue (ECF #13) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 12/20/11